Josephine E. Salmon (SBN 020630)
jsalmon@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>JOHN F. ESPOSITO,<br><br>Debtor, | Chapter 7<br><br>Case No. 2:12-bk-06101-GBN<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM** |

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Wells Fargo Bank, N.A., its successors and/or assigns, a secured creditor, ("Creditor"), in the above-styled proceeding, by and through the undersigned, and files this Notice of Substitution of Counsel Within the Same Firm as follows:

1. Attorney Josephine E. Salmon of the law firm of Pite Duncan, LLP shall be designated as lead counsel for Creditor in this matter. Brian A. Paino from Pite Duncan, LLP, who previously entered an appearance in this case is no longer associated with the firm and this Notice is intended to facilitate the transition of this matter to the counsel designated herein.

2. As lead counsel for Creditor, the undersigned requests that notices of all proceedings, hearings, reports or other papers filed in the above-styled case be sent to the undersigned counsel. The address for the undersigned counsel remains the same as that of counsel that previously appeared in this case.

/././

/././

/././

-1- CASE NO. 2:12-bk-06101-GBN
**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM**

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, the undersigned attorneys request that the Court note the designation of lead counsel for Creditor.

PITE DUNCAN, LLP

Dated: June 3, 2014 /s/ Josephine E. Salmon (020630)
JOSEPHINE E. SALMON
Attorneys for Movant WELLS FARGO BANK, N.A.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Substitution of Counsel Within the Same Firm* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on June 3, 2014.

/s/ Jazzmine Peterson
Jazzmine Peterson

**DEBTOR'S ATTORNEY**
**(via electronic notice)**

Paul David Ticen
Kelly / Warner, PLLC
404 South Mill Avenue, Suite C-201
TEMPE, AZ 85281
paul@kellywarnerlaw.com

**DEBTOR**

John F. Esposito
P.O. Box 74766
New River, AZ 85087

**TRUSTEE**
**(via electronic notice)**

Eric M. Haley
P.O. Box 13390
Scottsdale, AZ 85267

**ATTORNEY FOR TRUSTEE**

Paul M. Hilkert
LANE & NACH, PC
2001 East Campbell, Suite 103
PHOENIX, AZ 850016
paul.hilkert@lane-nach.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**

United States Trustee
District of Arizona - Phoenix Division
USTPRegion14.PX.ECF@USDOJ.GOV