Eric M. Haley, Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                   §
                                         §
ESPOSITO, JOHN F.                        §        Case No. 2-12-bk-06101-BKM
                                         §
          Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Eric M. Haley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                        Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:        Claims Discharged
                                         Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                 .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Eric M. Haley _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SBP Financial, LLC c/o Eugene O'Connor Folks & O'Connor 1850 N. Central Ave., #1140 Phoenix, AZ 85004 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo - Wachovia 4101 Wiseman Blvd. San Antonio, TX 78251 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ERIC HALEY, TRUSTEE | | | | | |
| ERIC HALEY, TRUSTEE | | | | | |
| UNION BANK | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| LANE & NACH, P.C. | | | | | |
| LANE & NACH, P.C. | | | | | |
| SEMPLE, MARCHAL & COOPER, LLP | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (5/1/2011) (Page: 4)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rita Esposito 3560 South Higuera San Luis Obispo, CA 93401 | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | SBP FINANCIAL, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | THOMAS P. JEREMIASSEN, CH 11 TTEE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:     12-06101     BKM   Judge: BRENDA K. MARTIN

Case Name:   ESPOSITO, JOHN F.

For Period Ending: 12/23/14

Trustee Name:                    Eric M. Haley

Date Filed (f) or Converted (c):  03/26/12 (f)

341(a) Meeting Date:             05/03/12

Claims Bar Date:                 03/05/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4966 THILLE ST, VENTURA, CA | 0.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS | 1,200.00 | 900.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 2,300.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 5. FIREARMS AND HOBBY EQUIPMENT SHOTGUN, GOLF CLUBS | 275.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLES 199 CHEV PU | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. OFFICE EQUIPMENT PRINTER | 35.00 | 35.00 | | 0.00 | FA |
| 8. OTHER MISCELLANEOUS TOOLS | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. CONTINGENT CLAIMS (u) INTEREST IN TRUST | 100,000.00 | 0.00 | | 100,000.00 | FA |
| 10. STOCK DIVIDEND (u) REPAYMENT OF POSTPETITION DIVIDEND FROM UNSCHEDULED STOCK; BANKRUPTCY ESTATE OF ESTATE FINANCIAL MORTGAGE FUND 9:08-bk-11535-PC; ORDER AUTHORIZING TRUSTEE TO PROCEED WITH TFR, TDR AND CLOSE CASE WITH PROVISION TO REOPEN AND RETAIN CLAIM ENTERED AUGUST 20, 2014 (ADMIN DOCKET #94). | 9,919.66 | 6,519.66 | | 9,919.66 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $118,929.66     $7,454.66     $109,919.66     $0.00

(Total Dollar Amount in Column 6)

| | | |
|---|---|---|
| Case No: | 12-06101    BKM    Judge: BRENDA K. MARTIN | Trustee Name:                           Eric M. Haley |
| Case Name: | ESPOSITO, JOHN F. | Date Filed (f) or Converted (c):    03/26/12 (f) |
| | | 341(a) Meeting Date:                  05/03/12 |
| | | Claims Bar Date:                       03/05/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


TFR


Initial Projected Date of Final Report (TFR): 12/31/13          Current Projected Date of Final Report (TFR): 06/30/14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-06101 -BKM | |
| Case Name: | ESPOSITO, JOHN F. | |
| | | |
| Taxpayer ID No: | *******0701 | |
| For Period Ending: | 12/23/14 | |

| | | |
|---|---|---|
| Trustee Name: | Eric M. Haley | |
| Bank Name: | UNION BANK | |
| Account Number / CD #: | *******5605 Checking Account (Non-Interest Earn | |
| | | |
| Blanket Bond (per case limit): | $ | 0.00 |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/13 | 10 | JOHN F. ESPOSITO P.O. BOX 74766 NEW RIVER, AZ 85087 | POSTPETITION STOCK DIVIDEND REC'D | 1223-000 | 6,519.66 | | 6,519.66 |
| 04/18/13 | 300001 | Clerk of the U.S. Bankruptcy Court 230 N. First Ave., Ste. 101 Phoenix, AZ 85003 | ADV FILING FEE: 2:13-ap--00455-GBN | 2700-001 | | 293.00 | 6,226.66 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,211.66 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,196.66 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,181.66 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,166.66 |
| 08/13/13 | 9 | THE FRANK AND RITA ESPOSITO TRUST FRANK ESPOSITO, RITA ESPOSITO CO-TRUSTEES, DATED 3/23/1998 3960 S HIGUERA ST SPC 158 SAN LUIS OBISPO, CA 93401 | PAYMENT TOWARD DEBTOR'S TRUST INTEREST | 1229-000 | 5,833.33 | | 11,999.99 |
| 08/13/13 | 9 | THE FRANK AND RITA ESPOSITO TRUST FRANK ESPOSITO, RITA ESPOSITO CO-TRUSTEES, DATED 3/23/1998 3960 S HIGUERA ST SPC 158 SAN LUIS OBISPO, CA 93401 | PAYMENT TOWARD DEBTOR'S TRUST INTEREST | 1229-000 | 30,000.00 | | 41,999.99 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 41,984.99 |
| 08/29/13 | 300002 | LANE & NACH, P.C. 2001 E. CAMPBELL SUITE 103 PHOENIX, AZ 85016 | TRUSTEE ATTORNEY FEES | 3210-000 | | 21,656.00 | 20,328.99 |
| 08/29/13 | 300003 | LANE & NACH, P.C. 2001 E. CAMPBELL SUITE 103 PHOENIX, AZ 85016 | TRUSTEE ATTORNEY EXPENSES | 3220-000 | | 802.56 | 19,526.43 |

Page Subtotals     42,352.99     22,826.56

Ver: 18.03

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-06101 -BKM |
| Case Name: | ESPOSITO, JOHN F. |
| | |
| Taxpayer ID No: | *******0701 |
| For Period Ending: | 12/23/14 |

| | |
|---|---|
| Trustee Name: | Eric M. Haley |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******5605  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $        0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/03/13 | 9 | THE FRANK AND RITA ESPOSITO TRUST FRANK ESPOSITO, RITA ESPOSITO CO-TRUSTEES, DATED 3/23/1998 3960 S HIGUERA ST SPC 158 SAN LUIS OBISPO, CA 93401 | PAYMENT TOWARD TRUST INTEREST SETTL | 1229-000 | 5,833.37 | | 25,359.80 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 40.09 | 25,319.71 |
| 10/01/13 | 9 | THE FRANK AND RITA ESPOSITO TRUST FRANK ESPOSITO, RITA ESPOSITO CO-TRUSTEES, DATED 3/23/1998 3960 S HIGUERA ST SPC 158 SAN LUIS OBISPO, CA 93401 | PAYMENT TRUST INTEREST | 1229-000 | 5,888.37 | | 31,208.08 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 38.86 | 31,169.22 |
| 11/07/13 | 9 | THE FRANK AND RITA ESPOSITO TRUST FRANK ESPOSITO, RITA ESPOSITO CO-TRUSTEES, DATED 3/23/1998 3960 S HIGUERA ST SPC 158 SAN LUIS OBISPO, CA 93401 | PAYMENT TOWARD SETTLEMENT RE TRUST INTEREST | 1229-000 | 5,833.37 | | 37,002.59 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 46.09 | 36,956.50 |
| 12/10/13 | 9 | THE FRANK AND RITA ESPOSITO TRUST FRANK ESPOSITO, RITA ESPOSITO CO-TRUSTEES, DATED 3/23/1998 3960 S HIGUERA ST SPC 158 SAN LUIS OBISPO, CA 93401 | PAYMENT RE TRUST INTEREST SETTLMNT | 1229-000 | 5,833.37 | | 42,789.87 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 51.25 | 42,738.62 |
| 01/04/14 | 9 | THE FRANK AND RITA ESPOSITO TRUST FRANK ESPOSITO, RITA ESPOSITO CO-TRUSTEES, DATED 3/23/1998 3960 S HIGUERA ST SPC 158 SAN LUIS OBISPO, CA 93401 | PAYMENT PER SETTLEMENT RE TRUST INTEREST | 1229-000 | 5,833.37 | | 48,571.99 |
| 01/14/14 | 9 | ANITA MILLER | FINAL PAYMENT RE TRUST INTEREST | 1229-000 | 34,944.82 | | 83,516.81 |
| | | | Page Subtotals | | 64,166.67 | 176.29 | |

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 18.03

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-06101 -BKM | Trustee Name: | Eric M. Haley |
|---|---|---|---|
| Case Name: | ESPOSITO, JOHN F. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5605 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0701 | | |
| For Period Ending: | 12/23/14 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | RITA ESPOSITO | | | | | |
| | | 593 S OCEAN AVE | | | | | |
| | | CAYUCOS, CA 93430 | | | | | |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 60.79 | 83,456.02 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 98.98 | 83,357.04 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 112.02 | 83,245.02 |
| 03/28/14 | 300004 | LANE & NACH, P.C. | TRUSTEE ATTORNEY FEES | 3210-000 | | 2,565.00 | 80,680.02 |
| | | 2001 E. CAMPBELL | | | | | |
| | | SUITE 103 | | | | | |
| | | PHOENIX, AZ 85016 | | | | | |
| 03/28/14 | 300005 | LANE & NACH, P.C. | TRUSTEE ATTORNEY EXPENSES | 3220-000 | | 28.26 | 80,651.76 |
| | | 2001 E. CAMPBELL | | | | | |
| | | SUITE 103 | | | | | |
| | | PHOENIX, AZ 85016 | | | | | |
| 03/28/14 | 300006 | SEMPLE, MARCHAL & COOPER, LLP | TRUSTEE ACCOUNTANT FEES | 3410-000 | | 2,309.50 | 78,342.26 |
| | | 2700 N CENTRAL AVE, 9TH FLOOR | | | | | |
| | | PHOENIX, AZ 85004 | | | | | |
| 04/15/14 | 10 | JOHN F. ESPOSITO | PAYMENT RE CONVERTED POSTPETITION STOCK DIVIDEND PAYMENT REC'D | 1229-000 | 1,150.00 | | 79,492.26 |
| | | P.O. BOX 74766 | | | | | |
| | | NEW RIVER, AZ 85087 | | | | | |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 123.62 | 79,368.64 |
| 05/20/14 | 10 | JOHN F. ESPOSITO | REPAYMENT STOCK DIVIDEND REC'D POSTPETITION | 1223-000 | 1,100.00 | | 80,468.64 |
| | | P.O. BOX 74766 | | | | | |
| | | NEW RIVER, AZ 85087 | | | | | |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 113.42 | 80,355.22 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 118.52 | 80,236.70 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 115.54 | 80,121.16 |
| 07/30/14 | 10 | JOHN F. ESPOSITO | REIMBURSE STOCK DIVIDEND REC'D POSTPETITION | 1223-000 | 1,150.00 | | 81,271.16 |
| | | P.O. BOX 74766 | | | | | |

| | | Page Subtotals | 3,400.00 | 5,645.65 | |

LFORM24
UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 18.03

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-06101 -BKM | Trustee Name: | Eric M. Haley |
| Case Name: | ESPOSITO, JOHN F. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5605 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0701 | | |
| For Period Ending: | 12/23/14 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEW RIVER, AZ 85087 | | | | | |
| 08/13/14 | 300007 | LANE & NACH, P.C. 2001 E. CAMPBELL SUITE 103 PHOENIX, AZ 85016 | TRUSTEE ATTORNEY FEES | 3210-000 | | 2,343.00 | 78,928.16 |
| 08/13/14 | 300008 | LANE & NACH, P.C. 2001 E. CAMPBELL SUITE 103 PHOENIX, AZ 85016 | TRUSTEE ATTORNEY EXPENSES | 3220-000 | | 6.10 | 78,922.06 |
| 10/30/14 | 300009 | Eric Haley, Trustee P.O. BOX 13390 Scottsdale, AZ 85267 | Chapter 7 Compensation/Fees | 2100-000 | | 8,745.98 | 70,176.08 |
| 10/30/14 | 300010 | Eric Haley, Trustee P.O. BOX 13390 Scottsdale, AZ 85267 | Chapter 7 Expenses | 2200-000 | | 118.58 | 70,057.50 |
| 10/30/14 | 300011 | SBP FINANCIAL, LLC C/O EUGENE O'CONNOR FOLKS & O'CONNOR 1850 N. CENTRAL AVE., #1140 PHOENIX, AZ 85004-4527 | Claim 000001, Payment 4.22832% (1-1) MONEY LOANED | 7100-000 | | 52,635.49 | 17,422.01 |
| 10/30/14 | 300012 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Claim 000002, Payment 4.22836% ACCT: 6634 | 7100-000 | | 116.40 | 17,305.61 |
| 10/30/14 | 300013 | THOMAS P. JEREMIASSEN, CHAPTER 11 TRUSTEE BERKELEY RESEARCH GROUP, LLC 2049 CENTURY PARK EAST, STE 2525 LOS ANGELES, CA 90067 | Claim 000003, Payment 4.22832% (3-1) B121-07 (3-1) B121-07 | 7100-000 | | 17,305.61 | 0.00 |

Page Subtotals 0.00 81,271.16

Ver: 18.03

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 12-06101 -BKM | | | Trustee Name: | Eric M. Haley | |
| Case Name: | ESPOSITO, JOHN F. | | | Bank Name: | UNION BANK | |
| | | | | Account Number / CD #: | *******5605 Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | *******0701 | | | | | |
| For Period Ending: | 12/23/14 | | | Blanket Bond (per case limit): | $ 0.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 109,919.66 | 109,919.66 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 109,919.66 | 109,919.66 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 109,919.66 | 109,919.66 | |

| | | | |
|---|---|---|---|
| | NET DISBURSEMENTS | | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | | |
| Checking Account (Non-Interest Earn - *******5605 | 109,919.66 | 109,919.66 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 109,919.66 | 109,919.66 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals: 0.00    0.00

Ver: 18.03